

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00797-CV

**SPRUCE LENDING, INC**.,
Appellant

v.

Marcos **GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04617
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief is due on November 21, 2018. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed a motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on December 11, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court